UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-00316-ACC-EJK

DONALD W. RAPER,
    Plaintiff
v.

REGAL MARINE INDUSTRIES, INC. and
LEGENDARY ASSETS & OPERATIONS, LLC
D/B/A LEGENDARY MARINE,

    Defendants/Third-Party Plaintiffs
v.

CUMMINS INC.
    Third-Party Defendant.
_____/

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties, Third-Party Plaintiffs, Regal Marine Industries, Inc. and Legendary Assets & Operations, LLC d/b/a Legendary Marine, and Third-Party Defendant, Cummins Inc., being all parties who have appeared in this matter, hereby stipulate:

Third-Party Plaintiffs Regal Marine Industries, Inc. and Legendary Assets & Operations, LLC d/b/a Legendary Marine dismiss this action with prejudice.

1

Each party shall bear its own attorneys' fees, expenses and other costs in connection with the above captioned action.

SO STIPULATED:

Dated: July 20, 2023.

| | |
|---|---|
| /s/ Brooks Rathet | /s/ Justin Sallis |
| BROOKS RATHET, ESQUIRE | JUSTIN SALLIS, ESQ. |
| BROMAGEN, RATHET, KLEE & SMITH, P.A. | LATHROP GPM LLP |
| | 600 New Hampshire Ave NW |
| Florida Bar No: 0077658 | Admitted *pro hac vice* |
| 625 Atlantic Blvd., Suite 2 | The Watergate, Suite 700 |
| Atlantic Beach, FL 32233 | Washington, D.C. 20037 |
| Attorney for Third-Party Plaintiffs | Attorney for Cummins Inc. |
| Broks.Rathet@Bromagenlaw.com | Justin.Sallis@Lathropgpm.com |